360 A.2d 672

Girard Trust Bank v. Carlson et ux., Appellants.

Girard Trust Bank v. Chestnut Parkway Realty Company, Inc., Appellant.

Argued June 18, 1976. Clarence D. Bell, Jr., for appellants; Stewart Dalzell, with him Rush T. Haines, II, and Eugene H. Evans, for appellee.

Orders affirmed.

360 A.2d 654

Gutzmirtl v. Southeastern Pennsylvania Transportation Authority (et al., Appellant).

Argued June 14, 1976. C. Dean Francis, for appellant; W. Pany, with him Fred Lowenschuss, for appellee.

Judgment affirmed.